United States District Court
Southern District of Texas
**ENTERED**
May 15, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TERRANCE HOLLIDAY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION ) ) Case No. 4:24-CV-00594 |
| MOLE-PARKER ENTERPRISES INC. and LB SOUTHWEST MANAGEMENT, LLC, | ) ) ) |
| Defendants. | ) ) |

## ORDER OF DISMISSAL AS TO DEFENDANTS

In accordance with the Joint Stipulation of Dismissal with Prejudice filed May 13, 2024, it is hereby ORDERED that all claims that were or could have been asserted by Plaintiff against Defendants, MOLE-PARKER ENTERPRISES INC. and LB SOUTHWEST MANAGEMENT, LLC, be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED on  5/14/24 .

DAVID HITTNER
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record